IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIEIDRA J. THOMAS,                            No.  CIV.S-05-1566 LKK DAD PS

      Plaintiff,

  v.                                              ORDER

KAISER FOUNDATION HOSPITALS,

      Defendant.
_____/

      This matter came before the court on December 2, 2005, for a Status (Pretrial Scheduling) Conference.  Plaintiff, proceeding pro se, appeared on her own behalf.  Kristine Blanco appeared on behalf of defendant Kaiser Foundation Hospital.  There was no appearance on behalf of defendant Hospital & Health Care Workers' Union Local 250. Having considered all written materials submitted with respect to the status conference, and after hearing from the parties, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1. The Status (Pretrial Scheduling) Conference is continued to **March 10, 2006, at 10:00 a.m.**, in Courtroom No. 27, before the undersigned magistrate judge;

2. Plaintiff shall have up to and including January 3, 2006, to complete service of process on defendant Hospital & Health Care Workers' Union Local 250 <u>and</u> file proof of such service with the court. <u>See</u> Fed. R. Civ. P. 4. Failure to timely serve process in this regard will result in a recommendation of dismissal as to that defendant;

3. In addition to the summons and complaint, plaintiff shall serve the defendant union with a copy of this order and the initial Order Setting Status (Pretrial Scheduling) Conference filed August 15, 2005; and

4. The Clerk of the Court is directed to serve plaintiff with a copy of this order at her address of record in addition to the following address: 8083 Calle Royale, Sacramento, California 95823. Plaintiff is reminded of the requirement that she update her current address with the court in writing. <u>See</u> Local Rule 83-182(f).

DATED: December 5, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1/orders.prose/thomas1566.status.cont

2