IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEIDRA J. THOMAS,<br><br>      Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HOSPITALS, et al.,<br><br>      Defendants.<br>_____/ | No.  CIV.S-05-1566 LKK DAD PS<br><br><br>ORDER |

       This matter came before the court on March 10, 2006, for a Status (Pretrial Scheduling) Conference.  Plaintiff, proceeding pro se, appeared on her own behalf.  William Bishop appeared on behalf of defendant Kaiser Foundation Hospital.  There was no appearance on behalf of defendant Hospital & Health Care Workers' Union Local 250 ("Local 250").

       Following the initial status conference in this matter in December of 2005, the court granted plaintiff up to and including January 3, 2006, to complete service of process on defendant Local

1

1  250 and file proof of such service with the court.  <u>See</u> Fed. R. Civ.
2  P. 4.  The court also directed plaintiff to serve the defendant union
3  with a copy of the order continuing status and the initial Order
4  Setting Status (Pretrial Scheduling) Conference filed August 15,
5  2005.

6  At the time of the most recent status conference, there was
7  no indication in the court file that plaintiff had complied with the
8  court's order.  However, at the status conference hearing plaintiff
9  represented that she has served defendant Local 250 as directed but
10 that she mistakenly filed proof of that service in Sacramento County
11 Superior Court, the court from which this action was removed.[1]

12 Considering the circumstances, and as discussed on the
13 record during the hearing, IT IS HEREBY ORDERED that:

14 1.  The Status (Pretrial Scheduling) Conference is
15 continued to **April 14, 2006, at 10:00 a.m.**, in Courtroom No. 27,
16 before the undersigned magistrate judge;

17 2.  Plaintiff shall file proof of service of process as to
18 defendant Local 250 within ten (10) days;

19 3.  The Clerk of the Court is directed to serve plaintiff
20 with a copy of this order at the following address: 8083 Calle
21 Royale, Sacramento, California 95823.  Plaintiff again is reminded of
22 the requirement that she file with the court and serve a notice of
23 /////

---

[1] Plaintiff again is reminded that all documents filed in this action must bear the same caption and case number as on page one of this order; be filed in this court only; and be accompanied by the required proof of service.

2

change of address, providing the court and opposing counsel with her current address.  See Local Rule 83-182(f);

       4.   The Clerk also is directed to serve a copy of this order along with the court's previous orders (Doc. nos. 6 and 11) to attorney William A. Sokol, Weinberg Roger & Rosenfeld, 1001 Marina Village Pkwy., Ste 200, Alameda, CA 94501-1091;

       5.   It is requested that Mr. Sokol communicate his position regarding his representation of defendant Local 250, if any, and the status of service of process prior to the April 14, 2006 status conference; and

       6.   Any party may arrange to appear by telephone at the next status conference by contacting Pete Buzo at (916) 930-4128.

DATED: March 10, 2006.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1/orders.prose/thomas1566.status.cont2