IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEIDRA J. THOMAS, | No.  CIV.S-05-1566 LKK DAD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE AND |
| KAISER FOUNDATION HOSPITALS, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |
| _____/ | |

This matter came before the court on April 14, 2006, for a Status (Pretrial Scheduling) Conference.  Mark Grajski appeared on behalf of defendant Kaiser Foundation Hospital.  Bruce Harland appeared specially on behalf of defendant Hospital & Health Care Workers' Union Local 250 ("Local 250").  There was no appearance on behalf of plaintiff, who is proceeding pro se in this matter.

As discussed at the April 14, 2006 hearing, plaintiff has been afforded ample time to complete service of process on defendant Local 250.  Plaintiff was reminded of the need to timely complete

1

service of process in the initial order setting status conference as well as at the two earlier status conferences held in this matter. The notice of removal was filed in this action on August 5, 2005, more than eight months ago. Yet, during that time plaintiff has failed to complete service of process upon defendant Local 250. Therefore, the undersigned will recommend that the union be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Next, as noted, plaintiff failed to appear at the most recent status conference as directed. Therefore, plaintiff will be directed to show cause in writing why this matter should not be dismissed for lack of prosecution.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within ten (10) days why this matter should not be dismissed without prejudice for lack of prosecution. Failure to timely file the required writing will result in a recommendation of dismissal.

IT IS HEREBY RECOMMENDED that defendant Hospital & Health Care Workers' Union Local 250 be dismissed without prejudice for lack of timely service of process.[1] See Fed. R. Civ. P. 4(m).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within ten (10) days after being served with these findings and recommendations, plaintiff may

---

[1] In light of this recommendation the recently filed motion to quash (Doc. no. 17) by defendant Local 250 is denied without prejudice as moot.

2

1  file written objections with the court.  Such a document should be
2  captioned "Objections to Magistrate Judge's Findings and
3  Recommendations."  Plaintiff is advised that failure to file
4  objections within the specified time may waive the right to appeal
5  the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th
6  Cir. 1991).

7  DATED: April 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1/orders.prose/thomas1566.osc.f&r

3