IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIEIDRA J. THOMAS,

      Plaintiff,                                    No. CIV S-05-1566 LKK DAD PS

     vs.

KAISER FOUNDATION HOSPITALS, et al.,

      Defendants.                       <u>ORDER</u>

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 19, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 19, 2006, are adopted in full; and

2. Defendant Hospital & Health Care Workers' Union Local 250 is dismissed without prejudice for lack of timely service of process. See Fed. R. Civ. P. 4(m).

DATED:   June 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

/thomas1566.jo