IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIEIDRA J. THOMAS,                          No.  CIV.S-05-1566 LKK DAD PS

       Plaintiff,

   v.                                        ORDER

KAISER FOUNDATION HOSPITALS, et al.,

       Defendants.
_____/

       Plaintiff having sufficiently responded to the court's order to show cause re dismissal for lack of prosecution, IT IS HEREBY ORDERED that:

       1.  The order to show cause filed April 19, 2006, is discharged;

       2.  A Status (Pretrial Scheduling) Conference is set for **August 4, 2006, at 11:00 a.m.**, in Courtroom No. 27, before the undersigned;

/////

1

3. The parties shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k. Any other matters that may add to the just and expeditious disposition of this action; and

/////

2

          l.    Whether the parties intend to consent
to proceed before a United States
Magistrate Judge; and

          4.    Plaintiff is forewarned that the failure to comply with the terms of this order will result in a recommendation of dismissal.

DATED: June 23, 2006.

                                  _/s/ Dale A. Drozd_
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1/orders.prose/thomas1566.discharge